1  **SARA M. PELOQUIN**
   California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Talavera

8                       UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,     )  Case No. 08CR02264-L
                                   )
12 |         Plaintiff,             )
                                   )
13 | v.                             )
                                   )  **NOTICE OF APPEARANCE**
14 | **RICARDO TALAVERA,**          )
                                   )
15 |         Defendant.             )
                                   )

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                      Respectfully submitted,

   Dated: July 15, 2008              /s/  *Sara Peloquin*
                                     **SARA M. PELOQUIN**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Talavera

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 15, 2008              /s/ *Sara Peloquin*
                                  **SARA M. PELOQUIN**
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  Sara_Peloquin@fd.org